UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND NANCY FLANNERY, Plaintiffs | ) | CA 05 049ML |
| v. | ) | C.A. No. |
| OVERHEAD DOOR CO. OF PROVIDENCE, INC. , Defendant | ) | |

**COMPLAINT AND CLAIM FOR TRIAL BY JURY**

**FACTS COMMON TO ALL COUNTS**

1. The plaintiff Paul Flannery is an individual with a residence in Westport, Bristol County, Massachusetts.

2. The plaintiff Nancy Flannery is the lawful spouse of Paul Flannery and lives with him at the same address.

3. The defendant Overhead Door Co. of Providence, Inc. is a Rhode Island corporation with a principal place of business in Warwick, RI.

4. At all times pertinent hereto the plaintiff Paul Flannery was an employee of Viti, Inc. (Viti) at its premises in Portsmouth, Rhode Island.

5. On or about November 27, 2002 the defendant was servicing overhead doors on the Viti premises in the area where the plaintiff Paul Flannery was working.

6. As part of its work the defendant's employees were applying lubricant to the moving parts of overhead doors on the Viti premises.

7. The plaintiff Paul Flannery fell on the premises on the above date in the area where the defendant had performed work.

**JURISDICTION**

8. Jurisdiction in this matter is based on diversity of citizenship under 28 USC § 1332.

1

9. The amount in controversy exceeds the sum of $50,000.00.

**COUNT I**
**NEGLIGENCE – PERSONAL INJURY**

10. The fall was occasioned by negligence and carelessness on the part of the defendant including but not limited to the following: Permitting lubricant to accumulate on the floor of the Viti premises; failing to apply tarps or absorbents to the floor of the Viti premises to collect, contain and/or absorb the lubricant; and failing to remove lubricant from the floor of the premises to prevent a dangerous condition thereon.

11. As a result thereof the plaintiff Paul Flannery was injured, was prevented and continues to be prevented from transacting his business, suffered and continues to suffer great pain of body and mind, has incurred extensive expenses for hospitalization and medical attention and will continue to incur additional such expenses.

WHEREFORE, the plaintiff Paul Flannery demands judgment against the defendant in an amount fair and reasonable to compensate him for his losses, with interest and costs of this action.

**COUNT II**
**NEGLIGENCE – CONSORTIUM**

12. The plaintiff Nancy Flannery repeats the allegations set forth in paragraphs 8 and 9 of Count I.

13. As a result thereof, the plaintiff Nancy Flannery has suffered a loss of her husband's consortium.

WHEREFORE, the plaintiff Nancy Flannery demands judgment against the defendant in an amount fair and reasonable to compensate her for her losses, with interest and costs of this action.

**PLAINTIFFS DEMAND TRIAL BY JURY ON ALL ISSUES**

Respectfully Submitted,

William J. Gately, Jr., Esq.
Bar No. 3270
260 West Exchange Center
Room 208
Providence, RI 02903
(401) 447-7383

Dated: February 7, 2005