UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND NANCY FLANNERY, Plaintiffs | ) | |
| v. | ) | C.A. No. CA 05 049 ML |
| OVERHEAD DOOR CO. OF PROVIDENCE, INC., Defendant | ) | |

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Plaintiffs Paul Flannery and Nancy Flannery hereby move that Charles A. Murray, III be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

> Pro hac vice counsel's long-standing representation of the client Paul Flannery, and his extensive knowledge of the claim through the investigation thereof.
>
> Other: The trust and confidence of both Paul Flannery and Nancy Flannery in having pro hac vice counsel represent them in this case.

Respectfully Submitted,

William J. Gately, Jr., Esq.
Bar No. 3270
260 West Exchange Center
Room 208
Providence, RI 02903
(401) 447-7383

Dated: 5/11/05

3

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a true copy of the attached document to the following counsel of record by: FIRST CLASS MAIL, POSTAGE PREPAID, as follows:

also a cc to Mr. Dayian in hand [signature] 5/12/05

Daryl E. Dayian, Esq.
Carrara Dayian P.C.
55 Cedar Street, Suite 102
Providence, RI 02903

Charles A. Murray, III, Esq.
Charles A. Murray, P.C.
700 Pleasant Street
New Bedford, MA 02740

Date: ~~April~~ May 8, 2005

[signature]
William J. Gately, Jr., Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAUL FLANNERY AND NANCY FLANNERY, Plaintiffs | |
| v. | C.A. No. CA 05 049 ML |
| OVERHEAD DOOR CO. OF PROVIDENCE, INC. , Defendant | |

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

1. I certify that I am a member in good standing of the bar of the State of Massachusetts and the Federal District Court for the District of Massachusetts without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Charles A. Murray, III
CHARLES A. MURRAY, P.C.
Mass. BBO#: 364240
700 Pleasant Street
New Bedford, MA 02740
(508) 984-8500

Dated: 4/20/05

William J. Gately, Jr., Esq.
Bar No. 3270
260 West Exchange Center
Room 208
Providence, RI 02903
(401) 447-7383

Dated: 5/11/05

**ORDER:** This motion is hereby __________________.

______________________
U.S. District Judge

Date:

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a true copy of the attached document to the following counsel of record by: FIRST CLASS MAIL, POSTAGE PREPAID, as follows:

Daryl E. Dayian, Esq.
Carrara Dayian P.C.
55 Cedar Street, Suite 102
Providence, RI 02903

Charles A. Murray, III, Esq.
Charles A. Murray, P.C.
700 Pleasant Street
New Bedford, MA 02740

Date: April , 2005

William J. Gately, Jr., Esq.