UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND<br>NANCY FLANNERY<br>Plaintiffs,<br>v.<br><br>OVERHEAD DOOR CO. OF<br>PROVIDENCE, INC.<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. 05 049 ML |

**NOTICE TO TAKE DEPOSITION**

Please take notice that pursuant to Super.R.Civ.P. 30, the testimony upon oral examination of **Nancy Flannery** will be taken for the purpose of discovery, or for use as evidence at trial, or both, before a notary public, or before another person authorized to administer oaths, at the law offices of **Carrara Dayian P.C., 55 Cedar Street, Suite 102, Providence, Rhode Island**, on the **29th day of September, 2005 at 1:00 p.m.**

Said examination will continue from day to day until completed and is being taken on behalf of Defendant.

You are invited to cross-examine.

DEFENDANT
By its Attorneys,
Carrara Dayian P.C.

Daryl E. Dayian, Esquire #5023
55 Cedar Street, Suite 102
Providence, Rhode Island 02903
Tel (401) 621-8000
Fax (401) 621-8001