UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND<br>NANCY FLANNERY<br>Plaintiffs,<br>v.<br><br>OVERHEAD DOOR CO. OF<br>PROVIDENCE, INC.<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. 05 049 ML |

**DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS UPON THE PLAINTIFFS', PAUL FLANNERY AND NANCY FLANNERY**

Now comes your defendant, Overhead Door Co. of Providence, Inc., pursuant to Rule 37 of the Rules of Civil Procedure and moves for an order of this Honorable Court compelling the plaintiffs', Paul Flannery and Nancy Flannery, to answer Interrogatories and provide Response to Request for Production of Documents, propounded upon it. In support of its motion, Defendant states as follows:

1. On or about April 5, 2005, Defendant served Interrogatories and Request for Production of Documents upon the Plaintiffs, Paul Flannery and Nancy Flannery.

2. The time provided for under the Rules of Civil Procedure as well as four (4) extensions, for answering or otherwise responding to said Interrogatories and Request for Production of Documents has since elapsed.

3. Defendant's counsel has made a good faith effort pursuant to the requirements of Rules 37 to obtain the discovery requested, but without success.

4. This case has now been scheduled for a Mandatory Settlement Conference before the Court on September 15, 2005.

**WHEREFORE**, the Defendant seeks an order from the Court compelling the Plaintiffs, Paul Flannery and Nancy Flannery to answer Interrogatories and respond to Request for Production of Documents previously propounded upon them. Defendant seeks a ten (10) day order for compliance.

Defendant,
By its Attorneys,
Carrara Dayian P.C.

Daryl E. Dayian, Esq. #5023
55 Cedar Street, Suite 102
Providence, RI 02903
(401) 621-8000 (telephone)
(401) 621-8001 (facsimile)

**CERTIFICATION**

Charles A. Murray III, Esquire
Charles A. Murray, P.C.
700 Pleasant Street
New Bedford, Massachusetts 02740

I hereby certify that on the 28th day of July 2005, a true copy of the within *Motion* was forwarded to the above-listed attorney(s) *via* first class mail, postage prepaid.

Stephanie Hayman

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND<br>NANCY FLANNERY<br>Plaintiffs, | : | |
| v. | : | C.A. 05 049 ML |
| OVERHEAD DOOR CO. OF<br>PROVIDENCE, INC.<br>Defendant. | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS UPON THE PLAINTIFFS, PAUL FLANNERY AND NANCY FLANNERY**

This matter is before the Court in connection with the plaintiffs' Complaint for personal injuries dated February 7, 2005. The plaintiffs have alleged various personal injuries based upon the alleged negligence of the defendant. The plaintiffs have also alleged a consortium claim in behalf of the plaintiff's wife, Nancy Flannery.

The defendant issued interrogatories and a request for production of documents to both plaintiffs on April 5, 2005. Accordingly, the plaintiffs initial responses to the defendant's interrogatories and request for production of documents were due on or before May 5, 2005. The defendant allowed the plaintiffs an extension to provide answers to the defendant's interrogatories and responses to request for production of documents up to and including June 6, 2005. The plaintiffs have failed to file answers to interrogatories or responses to request for production of documents as of the filing of this motion.

The time provided under the Rules of Civil Procedure for answering or otherwise responding to said discovery has since elapsed. Defendant's counsel has made good

By its Attorneys,
Carrara Dayian P.C.

Daryl E. Dayian, Esq. #5023
55 Cedar Street, Suite 102
Providence, RI 02903
(401) 621-8000 (telephone)
(401) 621-8001 (facsimile)

**CERTIFICATION**

Charles A. Murray III, Esquire
Charles A. Murray, P.C.
700 Pleasant Street

I hereby certify that on the 28 day of July 2005, a true copy of the within *Memorandum in Support of Motion* was forwarded to the above-listed attorney(s) *via* first class mail, postage prepaid.