UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND<br>NANCY FLANNERY<br>Plaintiffs,<br>v.<br><br>OVERHEAD DOOR CO. OF<br>PROVIDENCE, INC.<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. 05 049 ML |

**JOINT MOTION TO CONTINUE THE SETTLEMENT CONFERENCE**

Now comes the defendant, Overhead Door Co. of Providence, Inc., and hereby requests the settlement conference presently scheduled for September 15, 2005 at 2:00 p.m. be continued.

As grounds therefore, the parties are engaging in settlement discussions at this time, it is premature for a settlement conference to be held.

**WHEREFORE**, the defendant requests that the conference be continued and would recommend a new conference be scheduled in approximately sixty (60) days.

Plaintiffs,
By Their Attorney,
Charles A. Murray, P.C.

Charles A. Murray (Copy w/ Call Permission)
700 Pleasant Street
New Bedford, MA 02740
(508) 984-8500
(508) 984-8501

Defendant,
By its Attorneys,
Carrara Dayian P.C.

Daryl E. Dayian, Esq. #5023
55 Cedar Street, Suite 102
Providence, RI 02903
(401) 621-8000 (telephone)
(401) 621-8001 (facsimile)

**CERTIFICATION**

Charles A. Murray III, Esquire
Charles A. Murray, P.C.
700 Pleasant Street
New Bedford, Massachusetts 02740

I hereby certify that on the 11th day of August 2005, a true copy of the within *Motion to Continue Settlement Conference* was forwarded to the above-listed attorney(s) *via* first class mail, postage prepaid.

Stephanie Hayman