UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND<br>NANCY FLANNERY<br>Plaintiffs,<br>v.<br><br>OVERHEAD DOOR CO. OF<br>PROVIDENCE, INC.<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. 05 049 ML |

**DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS UPON THE PLAINTIFFS', PAUL FLANNERY AND NANCY FLANNERY**

Now comes your defendant, Overhead Door Co. of Providence, Inc., pursuant to Rule 37 of the Rules of Civil Procedure and moves for an order of this Honorable Court compelling the plaintiffs', Paul Flannery and Nancy Flannery, to answer Interrogatories and provide Response to Request for Production of Documents, propounded upon it. In support of its motion, Defendant states as follows:

1. On or about April 5, 2005, Defendant served Interrogatories and Request for Production of Documents upon the Plaintiffs, Paul Flannery and Nancy Flannery.

2. The time provided for under the Rules of Civil Procedure as well as four (4) extensions, for answering or otherwise responding to said Interrogatories and Request for Production of Documents has since elapsed.

3. Defendant's counsel has made a good faith effort pursuant to the requirements of Rules 37 to obtain the discovery requested, but without success.

4. This case has now been scheduled for a Mandatory Settlement Conference before the Court on September 15, 2005.

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 8/17/05

**WHEREFORE**, the Defendant seeks an order from the Court compelling the Plaintiffs, Paul Flannery and Nancy Flannery to answer Interrogatories and respond to Request for Production of Documents previously propounded upon them. Defendant seeks a ten (10) day order for compliance.

Defendant,
By its Attorneys,
Carrara Dayian P.C.

Daryl E. Dayian, Esq. #5023
55 Cedar Street, Suite 102
Providence, RI 02903
(401) 621-8000 (telephone)
(401) 621-8001 (facsimile)

**CERTIFICATION**

Charles A. Murray III, Esquire
Charles A. Murray, P.C.
700 Pleasant Street
New Bedford, Massachusetts 02740

I hereby certify that on the 28th day of July 2005, a true copy of the within *Motion* was forwarded to the above-listed attorney(s) *via* first class mail, postage prepaid.

Stephanie Hayman