UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND<br>NANCY FLANNERY<br>Plaintiffs,<br>v.<br><br>OVERHEAD DOOR CO. OF<br>PROVIDENCE, INC.<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. 05 049 ML |

**NOTICE TO TAKE DEPOSITION**

Please take notice that pursuant to Super.R.Civ.P. 30, the testimony upon oral examination of **Claims Adjuster, Melissa Gazerro** will be taken for the purpose of discovery, or for use as evidence at trial, or both, before a notary public, or before another person authorized to administer oaths, at the law offices of **Carrara Dayian P.C., 55 Cedar Street, Suite 102, Providence, Rhode Island**, on the **19th day of September, 2005 at 2:00 p.m.**

Said examination will continue from day to day until completed and is being taken on behalf of Defendant.

You are invited to cross-examine.

DEFENDANT
By its Attorneys,
Carrara Dayian P.C.

Daryl E. Dayian, Esquire #5023
55 Cedar Street, Suite 102
Providence, Rhode Island 02903
Tel (401) 621-8000
Fax (401) 621-8001

**CERTIFICATION**

Charles A. Murray III, Esquire
Charles A. Murray, P.C.
700 Pleasant Street
New Bedford, Massachusetts 02740

Jamiel Court Reporting
429 Main Street
Warren, RI 02885

I hereby certify that on the __ day of August 2005, a true copy of the within *Defendant's Notice to Take Deposition* was forwarded to the above-listed attorney(s) *via* first class mail, postage prepaid.

__________________________________