SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND NANCY FLANNERY Plaintiffs, | : | |
| v. | : | C.A. 05 049 ML |
| OVERHEAD DOOR CO. OF PROVIDENCE, INC. Defendant. | : | |

**To: Melissa Gazerro, Claim Adjuster**
**Beacon Mutual Insurance Company**
**One Beacon Centre**
**Warwick, Rhode Island**

**GREETINGS**: YOU ARE HEREBY COMMANDED in the name of the State of Rhode Island and Providence Plantations in accordance with the provisions of Rule 45 of the Rhode Island Rules of Civil Procedure to appear and testify on behalf of Defendants before a Notary Public of the State of Rhode Island and Providence Plantations on the **19th day of September, 2005 at 2:00 p.m.** at the offices of **Carrara Dayian P.C., 55 Cedar Street, Suite 102, Providence, Rhode Island** and to testify as to your knowledge at the taking of the deposition in the above-entitled action.

Please provide the documents listed on the attached Schedule A. ***Documents may be sent certified mail, return receipt requested in a separate sealed envelope with a notarized affidavit (see attached) in lieu of a personal appearance by the Keeper of Records.***

Failure by any person without adequate excuse to obey a subpoena served upon him may be deemed contempt of the court in which the action is pending.

Defendants, By Its Attorneys,

[signature]

Daryl E. Dayian, Esquire #5023
Carrara Dayian P.C.
55 Cedar Street, Suite 102
Providence, Rhode Island 02903-7115
Telephone (401) 621-8000
Facsimile (401) 621-8001

Notary Public: Suzanne M. Rogers
Print Name: SUZANNE M. ROGERS
My Comm. Exp.: 8/13/06

Dated:

United States District, SS. Date of Service: 8/17/05 At 10:07A.m

## RETURN OF SERVICE

I served this subpoena on the within named Keeper of Records, Maryanne Kucia, by delivering a copy to her and tendering to her $41.00 as fees for one day's attendance and mileage.

[signature]
~~Constable~~ Disinterested Party

Subscribed and sworn to before me this 18th day of August, 2005

[signature: Suzanne M. Rogers]
Notary Public

My Commission: 8/13/06

X Maryanne Kucia
(Claim Mgr.)