UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND<br>NANCY FLANNERY<br>Plaintiffs,<br>v.<br><br>OVERHEAD DOOR CO. OF<br>PROVIDENCE, INC.<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. 05 049 ML |

**DEFENDANT'S MOTION TO DISMISS COUNT II OF THE PLAINTIFF, NANCY FLANNERY'S COMPLAINT FOR FAILURE TO COMPLY WITH DISCOVERY AND THE PRIOR COURT ORDER**

Now comes the Defendant, Overhead Door Co., of Providence, Inc., and hereby moves to dismiss Count II of the Plaintiff, Nancy Flannery's Complaint for failure to comply with a Court order dated, August 17, 2005, ordering Plaintiff to provide responses to Request for Production of Documents on or before August 29, 2005.

Defendant,
By its Attorneys,
Carrara Dayian P.C.

Daryl E. Dayian, Esquire #5023
55 Cedar Street, Suite 102
Providence, Rhode Island 02903
(401) 621-8000 (telephone)
(401) 621-8001 (facsimile)

**CERTIFICATION**

Charles A. Murray III, Esquire
Charles A. Murray, P.C.
700 Pleasant Street
New Bedford, Massachusetts 02740

I hereby certify that on the 22nd day of September, 2005, a true copy of the within *Motion to Dismiss* was forwarded to the above-listed attorney(s) *via* first class mail, postage prepaid.

Stephanie Hayman

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND<br>NANCY FLANNERY<br>Plaintiffs, | : | |
| v. | : | C.A. 05 049 ML |
| OVERHEAD DOOR CO. OF<br>PROVIDENCE, INC.<br>Defendant. | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COUNT II OF THE PLAINTIFF, NANCY FLANNERY'S COMPLAINT FOR FAILURE TO COMPLY WITH DISCOVERY AND THE PRIOR COURT ORDER**

This matter is before the Court in connection with the plaintiffs' Complaint for personal injuries dated February 7, 2005. The plaintiff, Paul Flannery has alleged various personal injuries based upon the alleged negligence of the defendant. The plaintiff, Nancy Flannery has also alleged a negligence / consortium claim in Count II of the Complaint.

The defendant issued a production of documents to both plaintiffs on April 5, 2005. The plaintiff's initial responses to the defendant's request for production of documents were due on or before May 5, 2005. The defendant allowed the plaintiffs an extension to provide responses to request for production of documents up to and including June 6, 2005.

The plaintiffs failed to file responses to the request for production of documents requiring the defendant to file a motion to compel with the Court. The defendant's motion to compel the plaintiffs' responses to the defendant's request for production of documents was granted by this Court on August 17, 2005. Under the order the plaintiff's

responses were due on or before August 29, 2005. On September 15, 2005, the plaintiff, Paul Flannery filed responses to the request for production. The plaintiff, Nancy Flannery has failed to file responses.

The time provided under the Rules of Civil Procedure and the Court Order dated August 17, 2005 for responding to discovery has since lapsed. Defendant's counsel has made good efforts pursuant to the requirements of Rule 37 to obtain the discovery requested, but without success.

**WHEREFORE,** the defendant requests that its motion to dismiss Count II of the plaintiff's Complaint be granted along with any other such relief that is deemed just and proper.

Defendant,
By its Attorneys,
Carrara Dayian P.C.

Daryl E. Dayian, Esq. #5023
55 Cedar Street, Suite 102
Providence, RI 02903
(401) 621-8000 (telephone)
(401) 621-8001 (facsimile)

**CERTIFICATION**

Charles A. Murray III, Esquire
Charles A. Murray, P.C.
700 Pleasant Street
New Bedford, Massachusetts 02740

I hereby certify that on the 22nd day of September 2005, a true copy of the within *Memorandum in Support of Motion to Dismiss* was forwarded to the above-listed attorney(s) *via* first class mail, postage prepaid.