UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
SEP 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PAUL FLANNERY AND
NANCY FLANNERY,
Plaintiffs

v.

OVERHEAD DOOR CO. OF
PROVIDENCE, INC.,
Defendant

C.A. No. CA 05 049 ML

**JOINT MOTION TO EXTEND DEADLINES UNDER PRETRIAL ORDER**

The parties hereto respectfully request this Honorable Court to extend the deadlines set forth in the Pretrial Order issued on May 19, 2005.

In support thereof, counsel for the parties represent that despite their best efforts to expedite discovery in this case, delays have been encountered beyond the control of counsel and the parties that prevent compliance with the deadlines set forth in the Pretrial Order. In particular, delays in obtaining the Workers' Compensation file from Beacon Mutual Insurance Company, which has only recently been provided, and which contains information vital to the prosecution and defense of this action have affected counsels' ability to comply with the Pre-Trial Order. When this issue was raised at the Mandatory Settlement Conference with Magistrate Judge Lovegreen on September 15, 2005, it was recommended that the within motion be filed promptly.

The parties request that an extension of 90 days be granted such that the plaintiffs' expert disclosures be made by December 2005; that the defendant's expert disclosures be made by January 15, 2006; that discovery be closed on February 15, 2006; that dispositive motions be filed by March 15, 2006; and the typewritten memorandum referred to in said Order be filed by March 31, 2006.

Granted.
Mary M. Lisi
USDJ 9/26/05

ASSENTED TO:

Attorney for the Defendant
Overhead Door Co. of
Providence, Inc.

Daryl E. Dayian (CAM)

Daryl E. Dayian, Esq.
Carrara Dayian, P.C.
55 Cedar Street, Suite 102
Providence, RI 02903
(401) 621-8000
BBO#: 5023

Dated: September 23, 2005

Respectfully Submitted,
Attorney for the Plaintiffs'
Paul Flannery and Nancy Flannery,

Charles A Murray

Charles A. Murray, III, Esq.
CHARLES A. MURRAY, P.C.
700 Pleasant Street
New Bedford, MA 02740
(508) 984-8500
BBO#: 364240

Dated: September 23, 2005

Rhode Island counsel for plaintiffs

William J. Gately, Jr. (CAM)

William J. Gately, Jr., Esq.
260 West Exchange Center, Room 208
Providence, RI 02903
(401) 447-7383
BBO#: 3270

Dated: September 23, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a true copy of the attached document to the following counsel of record by: FIRST CLASS MAIL, POSTAGE PREPAID, as follows:

Daryl E. Dayian, Esq.
Carrara Dayian P.C.
55 Cedar Street, Suite 102
Providence, RI 02903

William J. Gately, Jr., Esq.
260 West Exchange Center, Room 208
Providence, RI 02903

Date: September 23, 2005

Charles A. Murray, III