UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND NANCY FLANNERY, Plaintiffs, | : | |
| v. | : | C.A. 05 049 ML |
| OVERHEAD DOOR CO. OF PROVIDENCE, INC. Defendant. | : | |

**STIPULATION**

By agreement of the parties, the defendant's motion to dismiss Count II of the plaintiffs' Complaint may pass as the plaintiff has recently filed and served discovery responses.

Defendant,
By Its Attorneys,
Carrara Dayian P.C.

Daryl E. Dayian, Esq. #5023
55 Cedar Street, Suite 102
Providence, RI 02903
(401) 621-8000 (telephone)
(401) 621-8001 (facsimile)

Plaintiffs
By their Attorneys

Charles A. Murray (DED)

Charles A. Murray III, Esquire
Charles A. Murray, P.C.
700 Pleasant Street
New Bedford, Massachusetts 02740

Enter:
Mary M. Lisi
USDJ 9/30/05