UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND NANCY FLANNERY Plaintiffs, | : | |
| v. | : | C.A. 05 049 ML |
| OVERHEAD DOOR CO. OF PROVIDENCE, INC. Defendant. | : | |

**NOTICE TO TAKE DEPOSITION**

Please take notice that pursuant to Fed.R.Civ.P. 30 (b)(6), the testimony upon oral examination of **The Keeper of Records of Viti, Inc.** will be taken for the purpose of discovery, or for use as evidence at trial, or both, before a notary public, or before another person authorized to administer oaths, at the law offices of **Carrara Dayian P.C., 55 Cedar Street, Suite 102, Providence, Rhode Island**, on the **7th day of October, 2005 at 3:00 p.m.**

Said examination will continue from day to day until completed and is being taken on behalf of Defendant.

You are invited to cross-examine.

DEFENDANT
By Its Attorneys,
Carrara Dayian P.C.

Daryl E. Dayian, Esquire #5023
55 Cedar Street, Suite 102
Providence, Rhode Island 02903
Tel (401) 621-8000
Fax (401) 621-8001

**CERTIFICATION**

Charles A. Murray III, Esquire
Charles A. Murray, P.C.
700 Pleasant Street
New Bedford, Massachusetts 02740

Jamiel Court Reporting
429 Main Street
Warren, RI 02885

I hereby certify that on the 22nd day of September 2005, a true copy of the within *Defendant's Notice to Take Deposition* was forwarded to the above-listed attorney(s) *via* first class mail, postage prepaid.

Stephanie Hayman