UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND NANCY FLANNERY, Plaintiffs, | : | |
| v. | : | C.A. 05 049 ML |
| OVERHEAD DOOR CO. OF PROVIDENCE, INC. Defendant. | : | |

**WITNESS SUBPOENA**

**To: The Keeper of Records of**
**Viti Inc.**
**975 Fish Road**
**Tiverton, Rhode Island 02878**

**GREETINGS**: YOU ARE HEREBY COMMANDED in the name of the State of Rhode Island and Providence Plantations in accordance with the provisions of Rule 30 of the Federal Rules of Civil Procedure to appear and testify on behalf of the Defendant before a Notary Public of the State of Rhode Island and Providence Plantations on the **7th day of October, 2005 at 3:00 p.m.** at the offices of **Carrara Dayian P.C., 55 Cedar Street, Suite 102, Providence, Rhode Island** and to testify as to your knowledge at the taking of the deposition in the above-entitled action.

The person or persons designated shall bring the documents listed in Schedule "A" attached hereto.

Failure by any person without adequate excuse to obey a subpoena served upon him may be deemed contempt of the court in which the action is pending.

Defendants, By Their Attorneys,

Daryl E. Dayian, Esquire #5023
Carrara Dayian P.C.
55 Cedar Street, Suite 102
Providence, Rhode Island 02903
Tel: (401) 621-8000
Fax: (401) 621-8001

Suzanne M. Rogers
Notary Public
Print Name: SUZANNE M. Rogers
My Comm. Exp.: 8/13/06

Dated: 9-22-05

Rhode Island, SS. Date of Service: 9/23/05

RETURN OF SERVICE

I served this subpoena on the within named individual Stephanie Guerrera, by delivering a copy to her and tendering to her $55.00 as fees for one day's attendance and mileage.

Constable / Disinterested Party

Subscribed and sworn to before me this 26th day of September, 2005.

Suzanne M. Rogers
Notary Public
My Commission: 8/13/06

Note: Affidavit required only if service made by a person other than sheriff or his deputy.

ACKNOWLEDGMENT

Due and legal service of this subpoena is hereby acknowledged, and the receipt of legal fees for travel and one day's attendance.

X [signature]

# SCHEDULE A

Any and all records regarding employee **Paul Flannery (social security no. 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); date of birth: (January 6, 1951)** with respect to any and all employment with Viti, Inc., including but not limited to the entire personal file, attendance records, employment records, application for employment, reviews, job duties, hours of employment, payroll information and records, or the like.