UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND NANCY FLANNERY<br>Plaintiffs,<br>v.<br><br>OVERHEAD DOOR CO. OF PROVIDENCE, INC.<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. 05 049 ML |

**WITNESS SUBPOENA**

**To: James Gray**
**Viti Inc.**
**975 Fish Road**
**Tiverton, Rhode Island 02878**

**GREETINGS**: YOU ARE HEREBY COMMANDED in the name of the State of Rhode Island and Providence Plantations in accordance with the provisions of Rule 30 (b)(6) of the Federal Rules of Civil Procedure to appear and testify on behalf of the Defendant before a Notary Public of the State of Rhode Island and Providence Plantations on the **8th day of December, 2005 at 2:00 p.m.** at the offices of **Carrara Dayian P.C., 55 Cedar Street, Suite 102, Providence, Rhode Island** and to testify as to your knowledge at the taking of the deposition in the above-entitled action.

Failure by any person without adequate excuse to obey a subpoena served upon him may be deemed contempt of the court in which the action is pending.

Defendants, By Their Attorneys,

Daryl E. Dayian, Esquire #5023
Carrara Dayian P.C.
55 Cedar Street, Suite 102
Providence, Rhode Island 02903
Tel: (401) 621-8000
Fax: (401) 621-8001

Suzanne M. Rogers
Notary Public
Print Name: SUZANNE M. Rogers
My Comm. Exp.: 8/13/06

Dated: 11-23-05

______________________, SS. Date of Service: 11/29/05 AT 11:44 AM

RETURN OF SERVICE

I served this subpoena on the within named individual, James Gray, by delivering a copy to him and tendering to him $50.00 as fees for one day's attendance and mileage.

[signature]
Constable

Subscribed and sworn to before me this 29th day of November, 2005.

[signature] Suzanne M. Rogers
Notary Public
My Commission: 8/13/06

Note: Affidavit required only if service made by a person other than sheriff or his deputy.

ACKNOWLEDGMENT

Due and legal service of this subpoena is hereby acknowledged, and the receipt of legal fees for travel and one day's attendance.

[signature]

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND NANCY FLANNERY<br>Plaintiffs, | : | |
| v. | : | C.A. 05 049 ML |
| OVERHEAD DOOR CO. OF PROVIDENCE, INC.<br>Defendant. | : | |

**NOTICE TO TAKE DEPOSITION**

Please take notice that pursuant to Fed.R.Civ.P. 30 (b)(6), the testimony upon oral examination of **Jim Gray** will be taken for the purpose of discovery, or for use as evidence at trial, or both, before a notary public, or before another person authorized to administer oaths, at the law offices of **Carrara Dayian P.C., 55 Cedar Street, Suite 102, Providence, Rhode Island**, on the **8th day of December, 2005 at 2:00 p.m.**

Said examination will continue from day to day until completed and is being taken on behalf of Defendant.

You are invited to cross-examine.

DEFENDANT
By Its Attorneys,
Carrara Dayian P.C.

Daryl E. Dayian, Esquire #5023
55 Cedar Street, Suite 102
Providence, Rhode Island 02903
Tel (401) 621-8000
Fax (401) 621-8001

**CERTIFICATION**

Charles A. Murray III, Esquire
Charles A. Murray, P.C.
700 Pleasant Street
New Bedford, Massachusetts 02740

Jamiel Court Reporting
429 Main Street
Warren, RI 02885

I hereby certify that on the 23rd day of November 2005, a true copy of the within *Defendant's Notice to Take Deposition* was forwarded to the above-listed attorney(s) *via* first class mail, postage prepaid.

Stephanie Hayman