UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND NANCY FLANNERY<br>Plaintiffs, | : | |
| v. | : | C.A. 05 049 ML |
| OVERHEAD DOOR CO. OF PROVIDENCE, INC.<br>Defendant. | : | |

**SUBPOENA DUCES TECUM**

**To: Keeper of Records**
**Parakrama Ananta, M.D.**
**Southeast Rehabilitation Associates**
**363 Highland Avenue**
**Fall River, MA**

**GREETINGS**: YOU ARE HEREBY COMMANDED in the name of the United States District Court for the District of Rhode Island in accordance with the provisions of Rule 45 of the Rules of Civil Procedure to appear and testify on behalf of Defendant before a Notary Public of the State of Rhode Island and Providence Plantations on the **20th day of December, 2005 at 2:00 p.m.** at the offices of **Carrara Dayian P.C., 55 Cedar Street, Suite 102, Providence, Rhode Island** and to testify as to your knowledge at the taking of the deposition in the above-entitled action.

Please provide the documents listed on the attached Schedule A. ***Documents may be sent certified mail, return receipt requested in a separate sealed envelope with a notarized affidavit (see attached) in lieu of a personal appearance by the Keeper of Records.***

Failure by any person without adequate excuse to obey a subpoena served upon him may be deemed contempt of the court in which the action is pending.

Defendants, By Its Attorneys,

[signature]

Daryl E. Dayian, Esquire #5023
Carrara Dayian P.C.
55 Cedar Street, Suite 102
Providence, Rhode Island 02903-7115
Telephone (401) 621-8000
Facsimile (401) 621-8001

Notary Public: Suzanne M. Rogers
Print Name: SUZANNE M. ROGERS
My Comm. Exp.: 8/13/06

Dated: U.S. District, SS. Date of Service: 12/6/05

RETURN OF SERVICE

I served this subpoena on the within named Keeper of Records, Reggie Hopkins, by delivering a copy to her and tendering to her $40.00 as fees for one day's attendance and mileage.

~~Constable~~ Disinterested Party

Subscribed and sworn to before me this 8th day of December, 2005

Suzanne M. Rogers
Notary Public

My Commission: 8/13/06

X Reggie Hopkins