UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND<br>NANCY FLANNERY<br>Plaintiffs, | : | |
| v. | : | C.A. 05 049 ML |
| OVERHEAD DOOR CO. OF<br>PROVIDENCE, INC.<br>Defendant. | : | |

**OFFER OF JUDGMENT**

Now comes Defendant, pursuant to Civ.P. 68, and makes the following Offer of Judgment:

Defendant hereby offers that Judgment may be taken against it in the amount of Five Thousand ($5,000.00) Dollars, with costs then accrued.

Respectfully Submitted,

Daryl E. Dayian, Esquire #5023
Carrara Dayian P.C.
55 Cedar Street, Suite 102
Providence, Rhode Island 02903
(401) 621-8000
Fax (401) 621-8001

**CERTIFICATION**

Charles A. Murray III, Esquire
Charles A. Murray, P.C.
700 Pleasant Street
New Bedford, Massachusetts 02740

I hereby certify that on the 30TH day of March, 2006, a true copy of the within *Offer of Judgment* was forwarded to the above-listed attorney(s) *via* first class mail, postage prepaid and certified mail.