UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND NANCY FLANNERY<br>Plaintiffs, | : | |
| v. | : | C.A. 05 049 ML |
| OVERHEAD DOOR CO. OF PROVIDENCE, INC.<br>Defendant. | : | |

**DEFENDANT'S OBJECTION TO PLAINTIFF, PAUL FLANNERY'S NOTICE OF INTENTION TO OFFER LIFE AND WORK EXPECTANCY TABLES PURSUANT TO R.I.G.L. 9-19-38**

Now comes the Defendant, Overhead Door Co. of Providence, Inc., in the above-captioned matter and hereby objects to the Plaintiffs Notice of Intention to Offer Life and Work Expectancy Tables Pursuant to R.I.G.L. 9-19-38.

Defendant,

By its Attorneys,
Carrara Dayian P.C.

Daryl E. Dayian, Esq. #5023
55 Cedar Street, Suite 102
Providence, RI 02903
(401) 621-8000 (telephone)
(401) 621-8001 (facsimile)

**CERTIFICATION**

Charles A. Murray III, Esquire
Charles A. Murray, P.C.
700 Pleasant Street
New Bedford, Massachusetts 02740

I hereby certify that on the 6th day of April 2006, a true copy of the within *Defendant's Objection to Plaintiff's Notice of Intention* was forwarded to the above-listed attorney(s) *via* first class mail, postage prepaid.

Stephanie Hayman