July 28, 2005

Melissa Gazerro, Subrogation Adjuster
The Beacon Mutual Insurance Co.
One Beacon Centre
Warwick, RI 02886

| | | |
|---|---|---|
| Re: | Your File No. | 157906 |
| | Employer: | Viti, Inc. |
| | Employee: | Paul Flannery |
| | Date of Incident: | 11/27/02 |

Dear Melissa:

I understand from our telephone conversation today that you will forward copies of your investigative file including any and all witness statements, photographs or other materials that may be of assistance in the prosecution of a third party claim.

I am also interested in obtaining copies of all medical and hospital records for treatment. To that end I enclose a release executed by Mr. Flannery for release of those records to me.

Please send me written documentation of the outstanding lien, which I understand to be $50,495.71 in indemnity and $16,377.57 in medical to date.

A Mandatory Settlement Conference has been scheduled in the near future in the Rhode Island Federal District Court. For that reason, I would appreciate receiving the investigative materials as soon as possible.

Very truly yours,

CHARLES A. MURRAY, P.C.

Charles A. Murray

By: Charles A. Murray, III

CAM/smf
Enclosure