September 16, 2005

Melissa Gazerro, Subrogation Adjuster
The Beacon Mutual Insurance Co.
One Beacon Centre
Warwick, RI 02886

| | | |
|---|---|---|
| Re: | Your File No. | 157906 |
| | Employer: | Viti, Inc. |
| | Employee: | Paul Flannery |
| | Date of Incident: | 11/27/02 |

Dear Melissa:

This will confirm our telephone conversation yesterday wherein I notified you that Paul Flannery has no objection to a copy of the Workers' Compensation file being turned over to Daryl Dayian, Esq. who represents Overhead Door in the pending third party claim. You may use the HIPPA release earlier forwarded as authority for that purpose.

Very truly yours,

CHARLES A. MURRAY, P.C.

By: Charles A. Murray, III

CAM/smf
cc: Daryl Dayian, Esq.