The Beacon
Mutual Insurance Co.

February 10, 2005

Attorney Charles Murray
700 Pleasant Street
Fall River MA 02740

RE: Our File Number: 157906
Employer: Viti Inc.
Employee: Paul Flannery
Your Client: Same
Date of Incident: 11/27/02

Dear Mr. Murray:

As you have been advised we are the workers compensation carrier for the above-mentioned employer. Please be further advised that this file has been assigned to me for subrogation handling. Please direct all correspondence regarding subrogation and/or the lien to my attention.

Please accept this letter as **Notice of Lien** for all monies we have paid out in this claim. Beacon has paid a total of $54,164.66, $13,071.64 in medicals and $41,093.02 in indemnity.

Please keep me advised of any developments or settlements with the third party claim.

If you have any questions or wish to discuss I can be reached at 401-825-2890.

Sincerely,

Melissa Gazerro
Subrogation Adjuster

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a true copy of the attached document to the following counsel of record by FIRST CLASS MAIL, POSTAGE PREPAID, as follows:

Daryl E. Dayian, Esq.
Carrara Dayian P.C.
55 Cedar Street, Suite 102
Providence, RI 02903

Date: April 6, 2006

Charles A. Murray, III