UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND NANCY FLANNERY, Plaintiffs | ) | |
| v. | ) | C.A. No. CA 05 049 ML |
| OVERHEAD DOOR CO. OF PROVIDENCE, INC., Defendant | ) | |

**AFFIDAVIT OF SERVICE OF LIFE AND WORK LIFE EXPECTANCY TABLES**

I, Charles A. Murray, III, of counsel for the Plaintiffs in this action certify that on April 4, 2006 I forwarded to counsel for the defendant by certified mail, return receipt requested, copies of the aforesaid table pursuant to R.I. G. L. section 9-19-38 a copy of which forwarding letter and attachment with the original return receipt is attached hereto.

Signed under the pains and penalty of perjury this 6th day of April, 2006.

Charles A. Murray, III

Respectfully Submitted,

CHARLES A. MURRAY, P.C.

By: Charles A. Murray, III
700 Pleasant Street
New Bedford, MA 02740
(508) 984-8500
BBO#: 364240

Dated: April 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a true copy of the attached document to the following counsel of record by FIRST CLASS MAIL, POSTAGE PREPAID as follows:

Daryl E. Dayian, Esq.
Carrara Dayian P.C.
55 Cedar Street, Suite 102
Providence, RI 02903

Date: April 6, 2006

Charles A. Murray, III