LAW OFFICES
CHARLES A. MURRAY, P.C.

April 4, 2006

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED NO. 7001 2510 0003 9993 6380**

Daryl E. Dayian, Esq.
Carrara Dayian P.C.
55 Cedar Street, Suite 102
Providence, RI 02903

Re: Paul Flannery, et al.
v. Overhead Door Co. of Providence, Inc.

**NOTICE OF INTENTION TO OFFER LIFE AND WORK EXPECTANCY TABLES PURSUANT TO R.I.G.L. 9-19-38**

Dear Attorney Dayian:

Please be advised that the plaintiffs intend to offer the Life and Work Expectancy Tables as published in a compiler's note under R.I.G.L.9-19-38, to wit: The copies of the tables attached hereto.

Very truly yours,

CHARLES A. MURRAY, P.C.

s A. Murray, III

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Daryl E. Dayian, Esq.**
**Carrara Dayian P.C.**
**55 Cedar Street, Suite 102**
**Providence, RI 02903**

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Casie Searles ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Casie Searles
C. Date of Delivery 4/5/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered [redacted]
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7001 2510 0003 9993 6380

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

TELEPHONE
(508) 984-8500