FILED
MAR 3 1 2006
RECEIVED
MAR 3 1 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND NANCY FLANNERY, Plaintiffs | ) | |
| v. | ) | C.A. No. CA 05 049 ML |
| OVERHEAD DOOR CO. OF PROVIDENCE, INC., Defendant | ) | |

**PLAINTIFFS' MOTION IN LIMINE**
**(EVIDENCE AND MEDICAL RECORDS CONCERNING 1985 ACCIDENT)**

The plaintiff has testified at deposition that he suffered back injury around 1985 while working as a truck driver for Anderson Little Company in Fall River, MA. David DiSanto, M.D. was a treating physician at that time. Thereafter, Mr. Flannery returned to work as a security guard working for a number of years in that capacity. About five years before the present accident he became employed by Viti, Inc. He was without symptoms referable to his back during his employment with Viti.

Counsel for the defendant issued a Keeper of Record Deposition Notice for David DiSanto, M.D. The Deposition Notice was issued on November 23, 2005 and a copy is attached hereto as Exhibit "1". On November 28, 2005 counsel for the plaintiff requested copies of any records of David DiSanto, M.D. produced incident to the subpoena, a copy of which is attached as Exhibit "2". On February 24, 2006 counsel for the plaintiff made a second request for any records received from Dr. DiSanto, a copy of which is attached hereto as Exhibit "3". To date counsel for the defendant has failed and refused to respond to all such requests.

The sanction of preclusion provided under Rule 37 (c) (1) is appropriate and should be applied to the failure of Overhead Door to produce the records received from David DiSanto, M.D. for failure to respond to plaintiffs' counsel's requests for the same. Furthermore, testimony concerning a back injury of 1985 is hardly relevant or material to

Mr. Flannery's case against Overhead Door since he was asymptomatic from that injury and because that injury occurred a full sixteen (16) years before.

WHEREFORE the plaintiff moves this Honorable Court to preclude Overhead Door from introducing testimony, oral or documentary and including but not limited to the records of David DiSanto, M.D., that in any way relates to the back injury suffered by Mr. Flannery sixteen (16) years before the accident in question.

Respectfully Submitted,

CHARLES A. MURRAY, P.C.

By: Charles A. Murray, III
700 Pleasant Street
New Bedford, MA 02740
(508) 984-8500
BBO#: 364240

Dated: March 31, 2006