November 28, 2005

Daryl E. Dayian, Esq.
Carrara Dayian P.C.
55 Cedar Street, Suite 102
Providence, RI 02903

Re: Paul Flannery, et al.
v. Overhead Door Co. of Providence, Inc.

Dear Attorney Dayian:

I do not plan to attend the record keeper deposition which you have scheduled at your offices for **Keeper if Records, David DiSanto, M.D.** on **December 20, 2005**, since I understand that you will not be taking any testimony.

Kindly provide me with copies of any and all documents produced by the record keeper in response to your notice.

If you plan on taking testimony, please let me know so that I can attend.

Very truly yours,

CHARLES A. MURRAY, P.C.
Charles A. Murray

By: Charles A. Murray, III

CAM/smf
cc: Paul Flannery