February 24, 2006

**BY FACSIMILE AND REGULAR MAIL**

Daryl E. Dayian, Esq.
Carrara Dayian P.C.
55 Cedar Street, Suite 102
Providence, RI 02903

Re: Paul Flannery, et al.
v. Overhead Door Co. of Providence, Inc.

Dear Attorney Dayian:

During our discussion regarding depositions of Doctors Whaley and Ananta I thought the discovery deadline was March 15th. I now realize the deadline was February 15th. That changes the situation dramatically.

I will not agree to any depositions being taken outside the agreed and imposed discovery deadline, other than the continuation of two depositions that have not been concluded (1) Rule 30(b)(6) Deposition of Overhead Door (2) Paul Flannery.

We have corresponded in the past about your identifying additional witnesses to testify on behalf of Overhead Door and to the production of additional documents and tangible things. It is my memory from several months ago that you were going to get back to me with dates when you spoke to your client but I have not heard from you.

I also note that you have not provided me with copies of records received in response to the following Keeper of Record Deposition Notices:

1. Keeper of Records Alexander Altschuller, M.D.
2. Keeper of Records Parakrama Ananta, M.D.
3. Keeper of Records David DiSanto, M.D.

Finally, I need a formal response from you on whether you intend to use surveillance materials at the trial of this case. If so, such surveillance materials are discoverable under the applicable case law in Rhode Island and I demand production of them in response to the Plaintiff's Request for Production of Documents to Defendant Overhead Door Co. of Providence, Inc. (Second Set) at this time.

Very truly yours,

CHARLES A. MURRAY, P.C.

By: Charles A. Murray, III

CAM/smf

Mr. Flannery's case against Overhead Door since he was asymptomatic from that injury and because that injury occurred a full sixteen (16) years before.

WHEREFORE the plaintiff moves this Honorable Court to preclude Overhead Door from introducing testimony, oral or documentary and including but not limited to the records of David DiSanto, M.D., that in any way relates to the back injury suffered by Mr. Flannery sixteen (16) years before the accident in question.

Respectfully Submitted,

CHARLES A. MURRAY, P.C.

By: Charles A. Murray, III
700 Pleasant Street
New Bedford, MA 02740
(508) 984-8500
BBO#: 364240

Dated: March 31, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a true copy of the attached document to the following counsel of record by: FIRST CLASS MAIL, POSTAGE PREPAID, as follows:

| | |
|---|---|
| Daryl E. Dayian, Esq. | William J. Gately, Jr., Esq. |
| Carrara Dayian P.C. | 260 West Exchange Center, Room 208 |
| 55 Cedar Street, Suite 102 | Providence, RI 02903 |
| Providence, RI 02903 | |

Date: March 31, 2006

Charles A. Murray, III