UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PAUL FLANNERY AND
NANCY FLANNERY
Plaintiffs,
v. : C.A. 05 049 ML

OVERHEAD DOOR CO. OF
PROVIDENCE, INC.
Defendant.

**DISMISSAL STIPULATION**

The Plaintiffs' Complaint, and all claims are hereby dismissed with prejudice, no interest, no costs.

The Plaintiffs,
Paul Flannery and Nancy Flannery

By Their Attorneys
CHARLES A. MURRAY, P.C.

Charles A. Murray

Charles A. Murray III, Esq. BBO#364240
700 Pleasant Street
New Bedford, Massachusetts 02740
(508) 984-8500 (telephone)
(508) 984-8501 (facsimile)

The Defendant,
Overhead Door Co. of Providence, Inc.

By Its Attorneys
CARRARA DAYIAN P.C.

Darryl E. Dayian, Esq. BBO#568065
55 Cedar Street, Suite 102
Providence, RI 02903
(401) 621-8000 (telephone)
(401) 621-8001 (facsimile)

Enter:
Mary M. Lisi USDJ 4/12/06