AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

Flannery, et al.
V.
Overhead Door

**EXHIBIT AND WITNESS LIST**

Case Number: CA 05-049ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Charles A. Murray III; William J. Gately, | Daryl E. Dayian |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Jury Trial: 4/11/06 to 4/12/06 | Karen Zinni | John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2c | | 4/11/06 | | ✓ | photograph of drive-thru |
| 2b | | - | | ✓ | photograph of drive-thru |
| 2h | | - | | ✓ | photograph of office |
| 2f | | - | | ✓ | photograph - outside of drive-thru |
| → | | | | | W-1 PAUL FLANNERY |
| 2e | | 4/11/06 | | ✓ | photograph of inside drive-thru |
| | | | | | |
| 2g | | 4.12.06 | | ✓ | photo - drive thru floor |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.