UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND NANCY FLANNERY<br>Plaintiffs,<br>v.<br><br>OVERHEAD DOOR CO. OF PROVIDENCE, INC.<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. 05 049 ML |

**WITNESS TRIAL SUBPOENA**

**To: Ms. Andrea Glowacki**
**Viti, Inc.**
**975 Fish Road**
**Tiverton, Rhode Island 02878**

**GREETINGS**: YOU ARE HEREBY COMMANDED in the name of the State of Rhode Island and Providence Plantations in accordance with the provisions of Rule 45 of the Rhode Island Rules of Civil Procedure to appear and testify on behalf of the Defendant, **Overhead Door Co. of Providence, Inc.**, with respect to the Trial in the above-entitled matter on the **11th day** of **April at 11:30 A.M.** at the United States District Court District of Rhode Island, One Exchange Terrace, Providence, RI 02903

Failure by any person without adequate excuse to obey a subpoena served upon him may be deemed contempt of the court in which the action is pending.

Defendant, By Its Attorneys,

[signature] 5746

Daryl E. Dayian, Esquire # 5023
Carrara Dayian, P.C.
55 Cedar Street, Suite 102
Providence, Rhode Island 02903
Tel: (401) 621-8000
Fax: (401) 621-8001

Dated: 4-5-06

[signature: Suzanne M. Rogers]
Notary Public
Print Name: SUZANNE M. ROGERS
My Comm. Exp.: 8/13/06

Dated:

______________________, SS. Date of Service: 4/10/06

RETURN OF SERVICE

I served this subpoena on the within named individual, Andrea Glowacki, by delivering a copy to her and tendering to her $ 45.00 as fees for one day's attendance and mileage.

~~Constable~~ Disinterested Party

Subscribed and sworn to before me this 11th day of April, 2006

Suzanne M. Rogers
Notary Public
My Commission: 8/13/06

Note: Affidavit required only if service made by a person other than sheriff or his deputy.

**ACKNOWLEDGMENT**

Due and legal service of this subpoena is hereby acknowledged, and the receipt of legal fees for travel and one day's attendance.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND NANCY FLANNERY Plaintiffs, | : | |
| v. | : | C.A. 05 049 ML |
| OVERHEAD DOOR CO. OF PROVIDENCE, INC. Defendant. | : | |

**WITNESS TRIAL SUBPOENA**

**To:** **James Gray**
**Viti Inc.**
**975 Fish Road**
**Tiverton, Rhode Island 02878**

**GREETINGS**: YOU ARE HEREBY COMMANDED in the name of the State of Rhode Island and Providence Plantations in accordance with the provisions of Rule 45 of the Rhode Island Rules of Civil Procedure to appear and testify on behalf of the Defendant, **Overhead Door Co. of Providence, Inc.**, with respect to the Trial in the above-entitled matter on the **11th day** of **April at 11:30 A.M.** at the United States District Court
District of Rhode Island, One Exchange Terrace, Providence, RI 02903

Failure by any person without adequate excuse to obey a subpoena served upon him may be deemed contempt of the court in which the action is pending.

Defendant, By Its Attorneys,

[signature] 5746
Daryl E. Dayian, Esquire # 5023
Carrara Dayian, P.C.
55 Cedar Street, Suite 102
Providence, Rhode Island 02903
Tel: (401) 621-8000
Fax: (401) 621-8001

Dated: 4-5-06

Suzanne M. Rogers
Notary Public
Print Name: SUZANNE M. ROGERS
My Comm. Exp.: 8/13/06

______________________, SS. Date of Service: 4/10/06

RETURN OF SERVICE

I served this subpoena on the within named individual, James Gray, by delivering a copy to him and tendering to him $45.00 as fees for one day's attendance and mileage.

~~Constable~~ Distinterested Party

Subscribed and sworn to before me this 11th day of April, 2006

Suzanne M. Rogers
Notary Public
My Commission: 8/13/06

Note: Affidavit required only if service made by a person other than sheriff or his deputy.

## ACKNOWLEDGMENT

Due and legal service of this subpoena is hereby acknowledged, and the receipt of legal fees for travel and one day's attendance.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL FLANNERY AND<br>NANCY FLANNERY<br>Plaintiffs,<br>v.<br><br>OVERHEAD DOOR CO. OF<br>PROVIDENCE, INC.<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. 05 049 ML |

**WITNESS TRIAL SUBPOENA**

**To: Mr. William Davies**
**4 Roy Avenue**
**Middletown, RI 02878**

**GREETINGS**: YOU ARE HEREBY COMMANDED in the name of the State of Rhode Island and Providence Plantations in accordance with the provisions of Rule 45 of the Rhode Island Rules of Civil Procedure to appear and testify on behalf of the Defendant, **Overhead Door Co. of Providence, Inc.**, with respect to the Trial in the above-entitled matter on the **11th day** of **April at 11:30 A.M.** at the United States District Court District of Rhode Island, One Exchange Terrace, Providence, RI 02903

Failure by any person without adequate excuse to obey a subpoena served upon him may be deemed contempt of the court in which the action is pending.

Defendant, By Its Attorneys,

[signature] 5946
Daryl E. Dayian, Esquire # 5023
Carrara Dayian, P.C.
55 Cedar Street, Suite 102
Providence, Rhode Island 02903
Tel: (401) 621-8000
Fax: (401) 621-8001

Dated: 4-5-06

[signature]
Notary Public
Print Name: SUZANNE M. ROGERS
My Comm. Exp.: 8/13/06

X [signature]

____________________, SS. Date of Service: 4/7/06 At 5:31 P.M

RETURN OF SERVICE

I served this subpoena on the within named individual, William DAVIES, by delivering a copy to him and tendering to him $ 45.00 as fees for one day's attendance and mileage.

~~Constable~~ / Disinterested Party

Subscribed and sworn to before me this 11th day of APRil, 2006

Notary Public
My Commission: 8/13/06

Note: Affidavit required only if service made by a person other than sheriff or his deputy.

**ACKNOWLEDGMENT**

Due and legal service of this subpoena is hereby acknowledged, and the receipt of legal fees for travel and one day's attendance.

SEE FIRST PAGE